## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Jonathan Hadley Fontenot
Attorney at Law
P. O. Box 4407
Lake Charles LA 70606

Kyle Findley
Arnold & Itkin, LLP
6009 Memorial Drive
Houston TX 77007

Andy Dupre
Flanagan Partners
201 St. Charles Ave., #2405
New Orleans LA 70170

Paul Skrabanek
Arnold & Itkin, LLP
6009 Memorial Drive
Houston TX 77007

Thomas More Flanagan
Flanagan Partners
201 St. Charles Ave., #2405
New Orleans LA 70170

Anders F. Holmgren
Flanagan Partners, LLP
201 St. Charles Ave., Ste 2405
New Orleans LA 70170

**REHEARING ACTION: May 21, 2014**

**Docket Number: 13   01332-CW**

**STEVEN FOLTS**
**VERSUS**
**OMEGA PROTEIN, INC.**

**Writ Application from Cameron Parish Case No. 10-19186**

**BEFORE JUDGES**:

    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**
    **Hon. Elizabeth A. Pickett**
    **Hon. J. David Painter**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing en banc filed by **Steven Folts** has this day been

    **DENIED.**
    Cooks, J., would grant the rehearing/en banc request and affirm trial court.
    Painter, J., would grant the rehearing, but deny the en banc request.

cc: Alan K. Breaud, Counsel for the Applicant
    Timothy Wayne Basden, Counsel for the Applicant